UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| A.B., by her next friend JANET BRISTOW, | |
| Plaintiff, | |
| v. | Civ. No. 4:23-CV-00049 |
| THOMAS GRIFFIN, NATE ZITTERGRUEN, RANDY KLEIN; RYAN WOODS, CHRIS BILLINGS, AND THE JOHNSTON COMMUNITY SCHOOL DISTRICT; | **Joint Notice of Settlement** |
| Defendants. | |

The parties have reached a settlement in principle and respectfully request that all deadlines and hearings be cancelled and that the parties be allowed 30 days, up to and including June 9, to file closing documents.

_____
Ryan G. Koopmans
**KOOPMANS LAW GROUP LLC**
PO Box 93843
Des Moines, IA 50393
(515) 978-1140
ryan@koopmansgroup.com

Alan Ostergren
**ALAN R. OSTEGREN, P.C.**
500 Locust Street
Suite 199
Des Moines, Iowa 50309
(515) 207-0134

alan.ostergren@ostergrenlaw.com

*Counsel for Plaintiffs*

/s/ Emily Kolbe
Emily A. Kolbe
Ahlers & Cooney, P.C.
100 Court Avenue Suite 600
Des Moines, IA 50309
(515) 243-7611
ekolbe@ahlerslaw.com

*Counsel for Defendants*