UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| A.B., by her next friend JANET BRISTOW,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS GRIFFIN, NATE ZITTERGRUEN, RANDY KLEIN; RYAN WOODS, CHRIS BILLINGS, AND THE JOHNSTON COMMUNITY SCHOOL DISTRICT;<br><br>Defendants. | Civ. No. 4:23-CV-00049<br><br>**Joint Stipulation of Dismissal with Prejudice** |

Under Federal of Rule of Civil Procedure 41(a)(1), the parties jointly stipulate to the dismissal of the action, with prejudice. Each party shall bear its own costs and expenses.

*/s/ Ryan G. Koopmans*

Ryan G. Koopmans
**KOOPMANS LAW GROUP LLC**
PO Box 93843
Des Moines, IA 50393
(515) 978-1140
ryan@koopmansgroup.com

Alan Ostergren
**ALAN R. OSTEGREN, P.C.**
500 Locust Street
Suite 199
Des Moines, Iowa 50309
(515) 207-0134
alan.ostergren@ostergrenlaw.com

*Counsel for Plaintiffs*

/s/ Emily Kolbe
Emily A. Kolbe
Ahlers & Cooney, P.C.
100 Court Avenue Suite 600
Des Moines, IA 50309
(515) 243-7611
ekolbe@ahlerslaw.com

*Counsel for Defendants*